# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 30, 2015

## NO.  03-15-00619-CV

**Keith Wiley, Appellant**

**v.**

**Hocutt, Inc., Appellee**

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the district court on September 11, 2015.  Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.